JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ONOFRE SERRANO, | No. ED CV 21-931-VBF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ALEX VILLANUEVA, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Second Amended Petition in this matter is denied and the action is dismissed with prejudice.

DATED: November 9, 2022

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE